UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 11-06999 DMG (JEMx)** | Date | January 19, 2012 |
| Title | ***Ronald Vaughn v. World Savings Bank, F.S.B, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO THE LOS ANGELES COUNTY SUPERIOR COURT**

On August 24, 2011, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this action from state court on the basis of diversity jurisdiction.

Relying on *Wachovia Bank v. Schmidt*, 546 U.S. 303, 126 S.Ct. 941, 163 L.Ed.2d 797 (2006), Wells Fargo asserts that as a national banking association it is solely a citizen of the state in which its main headquarters are located. (Notice of Removal at 3; Doc. # 1.) Thus, Wells Fargo maintains that it is solely a citizen of South Dakota because its articles of association designate its headquarters in Sioux Falls, South Dakota. (*Id*.) *Schmidt*, however, expressly declined to hold that a national banking association's citizenship is limited to the state in which its main office is located as set forth in its articles of association. 546 U.S. at 315 n.8.

On January 13, 2012, this Court issued a decision in *Rouse v. Wells Fargo Bank, N.A.*, Case No. CV 11-928-DMG (DTBx) [Doc. # 43], in which it found that because Wells Fargo's principal place of business is in California, it is a citizen of the state of California. The Court thereupon remanded the case to state court.

Therefore, Wells Fargo is **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of diversity jurisdiction pursuant to the Court's reasoning in *Rouse*, *supra*. Wells Fargo shall file its response on or before **February 2, 2012**. All deadlines and motions, including the pending motions to dismiss and to strike filed by Defendants Wells Fargo [Doc. #s 18, 19], HSBC Bank USA, N.A. as Trustee for Securitized Trust Wells Fargo Alternative Loan 2007 PA-3 Trust [Doc. #s 22, 23], and Mortgage Electronic Registration Systems, Inc. (erroneously sued as Mortgage Electronic Registration System) [Doc. #s 25, 26], are stayed pending resolution of the jurisdictional issue.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |